1  ~~MCE~~ MCGREGOR W. SCOTT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

SEP 0 7 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,             | CASE NO. 2:18-CR-179 MCE

12 |         Plaintiff,                     | ORDER TO SEAL
                                            | (UNDER SEAL)
13 |     v.

14 | ENELIDA GARCIA ACEVEDO and,
   | STEPHANI ANN TORRES
15
   |         Defendants.
16

17
       The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney PAUL A.
18
   HEMESATH to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further
19
   order of the Court.
20

21
   Dated: 9/7/2018
22

23                                            _____
                                              HONORABLE CAROLYN K. DELANEY
24                                            United States Magistrate Judge