1
2
3
4
5

HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

6
7

Attorney for Defendant
ENELIDA GARCIA ACEVEDO

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,                     )   Case No.  2:18-cr-00179-MCE
                                              )
11

Plaintiff,                                    )   AMENDED STIPULATION AND ORDER TO
                                              )   CONTINUE STATUS CONFERENCE
12

vs.                                           )
ENELIDA GARCIA ACEVEDO and                    )   Date: December 13, 2018
13

STEPHANI ANN TORRES,                          )   Time: 10:00 a.m.
                                              )   Judge: Hon. Morrison C. England, Jr.
14

Defendants.                                   )
                                              )
15

                                              )

16

17          IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18   Attorney, through  Assistant United States Attorney Paul Andrew Hemesath, attorney for

19   Plaintiff, Daniel Lars Olsen, attorney for Stephani Ann Torres and Federal Defender Heather E.

20   Williams through Assistant Federal Defender Mia Crager, attorney for  Enelida Garcia Acevedo,

21   that the status conference, currently scheduled for December 13, 2018, be continued to February

22   28, 2019 at 10:00 a.m.

23          The reason for the continuance is that the defense has made further discovery request to

24   include video and audio evidence which the government is investigating. Once defense receives

25   it, counsel will need time to examine the evidence and review it with their clients.

            Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26   excluded of this order's date through and including February 28, 2019;  pursuant to 18 U.S.C.

27   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28   based upon continuity of counsel and defense preparation.

Stipulation to Continue Status Conference                     -1-

1        Counsel and the defendant also agree that the ends of justice served by the Court granting

2 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                                     Respectfully submitted,

4  Dated: December 11, 2018                 HEATHER E. WILLIAMS
                                         Federal Defender

5

6                                      /s/ *Mia Crager*
                                     MIA CRAGER

7                                      Assistant Federal Defender
                                     Attorney for Defendant

8                                      ENELIDA GARCIA ACEVEDO

9 Dated: December 11, 2018                 /s/ *Daniel Lars Olsen*

10                                      DANIEL LARS OLSEN
                                     Attorney for Defendant

11                                      STEPHANI ANN TORRES

12

13 Dated: December 11, 2018                 McGREGOR W. SCOTT
                                     United States Attorney

14                                    /s/ Paul Andrew Hemesath
                                     PAUL A. HEMESATH

15                                    Assistant U.S. Attorney
                                     Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference         -2-

1

## **ORDER**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8        The Court orders the time from the date the parties stipulated, up to and including

9   December 13, 2018, shall be excluded from computation of time within which the trial of this

10  case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12  is further ordered the  December 13, 2018 status conference shall be continued until February 28,

13  2019, at 10:00 a.m.

14  **Dated:  December 29, 2018**

15

16                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference                    -3-