Daniel Olsen, SBN 261645
Abrate & Olsen Law Group
655 University Ave., Ste 230
Sacramento CA 95825
Tel: (916) 550-2688
Dan@abrateandolsen.com

Attorney for Stephani Torres

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE TORRES<br><br>Defendant | Case No.: 2:18-cr-00179-MCE<br><br>**WAIVER OF DEFENDANT'S APPEARANCE**<br><br>Judge: Hon. Morrison C. England Jr. |

Defendant STEPHANI TORRES hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant STEPHANI TORRES hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and she has authorized her undersigned attorney

to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being personally present.

The original signed copy of this document will be kept in Mr. Olsen's file.

Dated:  February 11, 2019					Respectfully submitted,

/s/_____
By: STEPHANI TORRES
Defendant

Dated: February 11, 2019

/s/Daniel Olsen_____
By: Daniel Olsen
Attorney for Defendant
STEPHANI TORRES

**ORDER**

IT IS SO ORDERED.

Dated:  February 14, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE