HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ENELIDA GARCIA ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00179-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| ENELIDA GARCIA ACEVEDO and STEPHANI ANN TORRES, | Date: February 21, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Paul Andrew Hemesath, attorney for Plaintiff, Daniel Lars Olsen, attorney for Stephani Ann Torres and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Enelida Garcia Acevedo, that the status conference, currently scheduled for February 21, 2019, be continued to May 2, 2019 at 10:00 a.m.

The reason is that defense counsel needs more time to conduct an investigation, do research, and discuss possible resolutions with their clients.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 2, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

Stipulation to Continue Status Conference            -1-

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                Respectfully submitted,

Dated: February 19, 2019    HEATHER E. WILLIAMS
                Federal Defender

                /s/ *Mia Crager*
                MIA CRAGER
                Assistant Federal Defender
                Attorney for Defendant
                ENELIDA GARCIA ACEVEDO

Dated: February 19, 2019    /s/ *Daniel Lars Olsen*
                DANIEL LARS OLSEN
                Attorney for Defendant
                STEPHANI ANN TORRES

Dated: February 19, 2019    McGREGOR W. SCOTT
                United States Attorney

                /s/ *Paul Andrew Hemesath*
                PAUL A. HEMESATH
                Assistant U.S. Attorney
                Attorney for Plaintiff

**<u>ORDER</u>**

the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including May 2, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 21, 2019 status conference shall be continued until May 2, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE