HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ENELIDA GARCIA ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENELIDA GARCIA ACEVEDO and STEPHANI ANN TORRES,<br><br>Defendants. | Case No.  2:18-cr-00179-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 20, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through  Assistant United States Attorney Paul Andrew Hemesath, attorney for Plaintiff, Daniel Lars Olsen, attorney for Stephani Ann Torres and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for  Enelida Garcia Acevedo, that the status conference, currently scheduled for June 20, 2019, be continued to  October 17, 2019 at 10:00 a.m.

The reason is that defense counsel needs more time to conduct an investigation and conduct legal research.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 17, 2019;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1   Counsel and the defendant also agree that the ends of justice served by the Court granting

2   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4                                                    Respectfully submitted,

5    Dated: June 18, 2019                            HEATHER E. WILLIAMS
                                                      Federal Defender
6
                                                      /s/ *Mia Crager*
7                                                     MIA CRAGER
                                                      Assistant Federal Defender
8                                                     Attorney for Defendant
9                                                     ENELIDA GARCIA ACEVEDO

10   Dated: June 18, 2019                            /s/ *Daniel Lars Olsen*
11                                                    DANIEL LARS OLSEN
                                                      Attorney for Defendant
12                                                    STEPHANI ANN TORRES

13   Dated: June 18, 2019                            McGREGOR W. SCOTT
14                                                    United States Attorney

15                                                    /s/ Paul Andrew Hemesath
                                                      PAUL A. HEMESATH
16                                                    Assistant U.S. Attorney
                                                      Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2        The Court, having received, read, and considered the parties' stipulation, and good cause

3    appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds

4    the failure to grant a continuance in this case would deny counsel reasonable time necessary for

5    effective preparation, taking into account the exercise of due diligence.  The Court further finds

6    the ends of justice are served by granting the requested continuance and outweigh the best

7    interests of the public and defendant in a speedy trial.

8        Time from the date the parties stipulated, up to and including October 17, 2019, shall be

9    excluded from computation of time within which the trial of this case must be commenced under

10    the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for

11    counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the  June 20,

12    2019 status conference shall be continued until October 17, 2019, at 10:00 a.m.

13        IT IS SO ORDERED.

14    Dated:  June 25, 2019

15

16                               MORRISON C. ENGLAND, JR

                               UNITED STATES DISTRICT JUDGE