McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-179 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ENELIDA GARCIA ACEVEDO, and STEPHANI ANN TORRES, | DATE: December 11, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on December 11, 2019.  The Court later, by its own motion, ordered the status conference to be continued to January 23, 2020, and then later, to June 4, 2020.

2.      By this stipulation, defendants to exclude time between December 11, 2019, and January 31, 2020, under Local Code T4.  The parties will revisit the question of excluding time after January 31, 2020, by that date or sooner.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and other information.  All of this discoverpy has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendants desire additional time to consult with their respective

2    clients, and conduct further investigation bearing on trial and/or plea strategy.

3    c)    Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny them the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of December 11, 2019 to January 31,

12    2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13    T4] because it results from a continuance granted by the Court at defendant's request on the basis

14    of the Court's finding that the ends of justice served by taking such action outweigh the best

15    interest of the public and the defendant in a speedy trial.

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  January 6, 2020                    McGREGOR W. SCOTT
                                             United States Attorney

7

8                                            /s/ PAUL HEMESATH
                                             PAUL HEMESATH
9                                            Assistant United States Attorney

10

11 Dated:  January 7, 2020                    /s/ MIA CRAGER
                                             MIA CRAGER
12                                           Counsel for Defendant
                                             ENELIDA GARCIA ACEVEDO

13

14 Dated:  January 6, 2020                    /s/ DANIEL OLSEN
                                             DANIEL OLSEN
15                                           Counsel for Defendant
                                             STEPHANI ANN TORRES

16

17                              **ORDER**

18    IT IS SO ORDERED.

19

20 Dated:  January 8, 2020

21

22                                           _____
                                             MORRISON C. ENGLAND, JR.
23                                           UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME            3
PERIODS UNDER SPEEDY TRIAL ACT