1  McGREGOR W. SCOTT
   United States Attorney
2  PAUL HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO. 2:18-CR-00179-MCE

12                        Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                              TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                              FINDINGS AND ORDER

14  ENELIDA GARCIA ACEVEDO, and               DATE: November 12, 2020
    STEPHANI ANN TORRES,                      TIME: 10:00 a.m.
15                                            COURT: Hon. Morrison C. England, Jr.
                          DEFENDANTS.
16

17

18                                 **STIPULATION**

19         Plaintiff United States of America, by and through its counsel of record, and defendants, by and

20  through their respective counsel of record, hereby stipulate as follows:

21         1.      By previous order, this matter was set for status on November 12, 2020.

22         2.      By this stipulation, defendant now moves to continue the status conference until January

23  21, 2021, and to exclude time between November 12, 2020, and January 21, 2021, under Local Code T4.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a)      The government has represented that the discovery associated with this case

26  includes investigative reports and other evidence.  All of this discovery has been either produced

27  directly to counsel and/or made available for inspection and/or copying.  The government is

28  currently in the process of extracting data from phones seized on the day of the alleged violation.

    STIPULATION REGARDING EXCLUDABLE TIME          1
    PERIODS UNDER SPEEDY TRIAL ACT

1    When that data becomes available, the government will provide that information to the

2    defendants.  Counsel needs time to review the case and discuss the case with her client and both

3    counsel wish to continue with conducting investigation and legal research.

4         b)    Counsel for defendants desire additional time to consult with their clients, to

5    review the current charges, to conduct investigation and research related to the charges, and to

6    discuss potential resolutions with his/her client, to prepare pretrial motions.

7         c)    Counsel for defendants believe that failure to grant the above-requested

8    continuance would deny counsel the reasonable time necessary for effective preparation, taking

9    into account the exercise of due diligence.

10        d)    The government does not object to the continuance.

11        e)    Based on the above-stated findings, the ends of justice served by continuing the

12   case as requested outweigh the interest of the public and the defendants in a trial within the

13   original date prescribed by the Speedy Trial Act.

14        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15   et seq., within which trial must commence, the time period of November 12, 2020 to January 21,

16   2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

17   T4] because it results from a continuance granted by the Court at defendants' request on the basis

18   of the Court's finding that the ends of justice served by taking such action outweigh the best

19   interest of the public and the defendants in a speedy trial.

20   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

21   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

22   must commence.

23   IT IS SO STIPULATED.

24

25   Dated:  November 9, 2020                MCGREGOR W. SCOTT
                                            United States Attorney

26

27                                          /s/ PAUL HEMESATH
                                            PAUL HEMESATH
                                            Assistant United States Attorney

28

STIPULATION REGARDING EXCLUDABLE TIME          2
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  November 9, 2020                              /s/ LINDA ALLISON

2                                                                        LINDA ALLISON
                                                                         Counsel for Defendant
3                                                                        ENELIDA GARCIA ACEVEDO

4

Dated:  November 9, 2020                              /s/ DANIEL LARS OLSEN

5                                                                        DANIEL LARS OLSEN
                                                                         Counsel for Defendant
6                                                                        STEPHANI ANN TORRES

7

**FINDINGS AND ORDER**

8

IT IS SO ORDERED.

9

10

Dated:  November 10, 2020

11

12

13

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT