PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENELIDA GARCIA ACEVEDO, and STEPHANI ANN TORRES,<br><br>DEFENDANTS. | CASE NO. 2:18-CR-00179-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 18, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 18, 2021.

2. By this stipulation, defendant now moves to continue the status conference until April 29, 2021, and to exclude time between March 18, 2021, and April 29, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and other evidence. All of this discovery, that is in the possession of the government, has been either produced directly to counsel and/or made available for inspection and/or copying. The government is in the process of providing additional phone

1   evidence that is currently located out-of-state and in the possession of another U.S. Attorney's

2   Office.  Counsel needs time to review the case and discuss the case with their respective clients

3   client and both counsel wish to continue with conducting investigation and legal research.

4         b)   Counsel for defendants desire additional time to consult with their clients, to

5   review the current charges, to conduct investigation and research related to the charges, and to

6   discuss potential resolutions with his/her client, to prepare pretrial motions.

7         c)   Counsel for defendants believe that failure to grant the above-requested

8   continuance would deny counsel the reasonable time necessary for effective preparation, taking

9   into account the exercise of due diligence.

10        d)   The government does not object to the continuance.

11        e)   Based on the above-stated findings, the ends of justice served by continuing the

12  case as requested outweigh the interest of the public and the defendants in a trial within the

13  original date prescribed by the Speedy Trial Act.

14        f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15  et seq., within which trial must commence, the time period of March 18, 2021 to April 29, 2021,

16  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

17  because it results from a continuance granted by the Court at defendants' request on the basis of

18  the Court's finding that the ends of justice served by taking such action outweigh the best interest

19  of the public and the defendants in a speedy trial.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME   2
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney

Dated: March 16, 2021

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
ENELIDA GARCIA ACEVEDO

Dated: March 16, 2021

/s/ DANIEL LARS OLSEN
DANIEL LARS OLSEN
Counsel for Defendant
STEPHANI ANN TORRES

**ORDER**

IT IS SO ORDERED.

Dated: March 17, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE