DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California  95825
Telephone:  (916) 550-2688
Attorney for Stephani Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHANIE TORRES,<br><br>    Defendant. | Case No.: 2:18-cr-00179-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 29, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. The case was set for a status conference on July 29, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 30, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

    a. On July 10, 2021, the defendant's daughter unexpectedly passed away.

    b. The defendant's daughter's funeral is scheduled for July 30, 2021.

    c. The government has represented that new discovery in this case is voluminous phone records. All of this discovery has either been produced directly to the defense and/or made available for inspection or copying.

    d. In June, the password to open and view the discovery was made available to the defense.

e. The defense is conducting investigation by interviewing witnesses and requesting background information on the defendant and other parties related to the case.

f. The defense needs additional time to continue locating potential witnesses, interviewing witnesses, and preparing a defense.

g. The government does not object to the continuance.

h. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C sec. 3161, et seq., within which trial must commence, the time period of July 29, 2021, to September 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. sec. 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
//
///
///
///
///
///
///
///
///
///

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: July 27, 2021                By:    /s/ Daniel L. Olsen
                                           DANIEL L. OLSEN
                                           Attorney for Stephani Torres

DATED: July 27, 2021                       PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:    /s/ Paul Hemeseth
                                           Paul Hemeseth
                                           Assistant United States Attorney

IT IS SO ORDERED.

Dated:  August 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE