1  PHILLIP A. TALBERT
Acting United States Attorney
2  PAUL HEMESATH
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:18-CR-00179-MCE

12            Plaintiff,

13      v.                                 PRELIMINARY ORDER OF
                                           FORFEITURE
14  STEPHANI ANN TORRES,

15            Defendant.

16

17      Based upon the plea agreement entered into between plaintiff United States of America and

18  defendant Stephani Ann Torres, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19      1.      Pursuant to 21 U.S.C. § 853(a), defendant Stephani Ann Torres's interest in the

20  following property shall be condemned and forfeited to the United States of America, to be disposed

21  of according to law:

22            a.      Approximately $19,043.00 in U.S. Currency.

23      2.      The above-listed property was used or intended to be used to commit or to promote

24  the commission of violations of 21 U.S.C. § 841.

25      3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

26  seize the above-listed property.  The aforementioned property shall be seized and held by the United

27  States, in its secure custody and control.

28      4.      a.      Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall

                                           1
                                                   Preliminary Order of Forfeiture

1  publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's

2  (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct

3  shall be posted for at least 30 consecutive days on the official internet government forfeiture site

4  www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written

5  notice to any person known to have alleged an interest in the property that is the subject of the order

6  of forfeiture as a substitute for published notice as to those persons so notified.

7        b.     This notice shall state that any person, other than the defendant, asserting a\

8  legal interest in the above-listed property, must file a petition with the Court within sixty (60) days

9  from the first day of publication of the Notice of Forfeiture posted on the official government

10  forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

11      5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this

12  Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will

13  be addressed.

14      IT IS SO ORDERED.

15  Dated:  October 22, 2021

17  MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2

Preliminary Order of Forfeiture