MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEPHANI TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANI TORRES,<br>　　　　　Defendants. | ) No. 18-179 JAM<br>)<br>) STIPULATION AND ORDER<br>) MODIFYING THE SCHEDULE FOR THE<br>) PRE-SENTENCE REPORTS AND NEW<br>) SENTENCING DATE OF 4-11-2023<br>)<br>)<br>) Judge: Hon. John A. Mendez |

　　　　Defendant STEPHANI TORRES is requesting a continuance of her sentencing hearing, which is presently set for March 7, 2023.  AUSA Alstyn Bennett, on behalf of the United States Attorney's Office, and USPO Nisha Modica, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

　　　　Judgment and Sentencing Date:  April 11, 2023

　　　　Reply, or Statement of Non-Opposition:  April 4, 2023

　　　　Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  March 28, 2023

　　　　The Presentence Report shall be filed with the Court and disclosed to counsel no later than:  March 21, 2023

　　　　Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  March 14, 2023

-1-

The proposed Presentence Report shall be disclosed to counsel no later than: February 28, 2023

Dated: February 3, 2023					Respectfully submitted,

							/s/ Michael D. Long
							MICHAEL D. LONG
							Attorney for Stephani Torres

Dated: February 2, 2023					PHILLIP TALBERT
							United States Attorney

							/s/ Alstyn Bennett
							ALSTYN BENNETT
							Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for the pre-sentence report for STEPHANI TORRES is amended as follows:

Judgment and Sentencing Date:  April 11, 2023 at 9:00 a.m.

Reply, or Statement of Non-Opposition:  April 4, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  March 28, 2023

The Presentence Report shall be filed with the Court and disclosed to counsel no later than:  March 21, 2023

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  March 14, 2023

The proposed Presentence Report shall be disclosed to counsel no later than:  February 28, 2023

Dated:  February 3, 2023                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE