MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEPHANI TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br><br><br>STEPHANI TORRES,<br>　　　　　　　Defendants. | ) No. 2:18-cr-00179-JAM-2<br>)<br>) STIPULATION AND<br>) ORDER MODIFYING THE SCHEDULE<br>) FOR THE PRE-SENTENCE REPORTS AND<br>) NEW SENTENCING DATE OF 5-23-2023<br>)<br>) Judge: Hon. John A.Mendez |

==============================)

Defendant STEPHANI TORRES is requesting a continuance of her sentencing hearing, which is presently set for April 11, 2023, because her counsel, Mr. Long, will be in a jury trial in Sacramento County Superior Court from the present date through approximately May 18, 2023. AUSA Alstyn Bennett, on behalf of the United States Attorney's Office, and USPO Nisha Modica, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date:  May 23, 2023

Reply, or Statement of Non-Opposition:  May 16, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  May 9, 2023

The Presentence Report has already been filed as ECF document 114.

Dated:  March 23, 2023                    Respectfully submitted,

                                          /s/ Michael D. Long
                                          MICHAEL D. LONG
                                          Attorney for Stephani Torres

Dated:  March 23, 2023                    PHILLIP TALBERT
                                          United States Attorney

                                          /s/ Alstyn Bennett
                                          ALSTYN BENNETT
                                          Assistant U.S. Attorney

## ORDER

__GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED__.

The Court hereby orders that the schedule for the pre-sentence report for STEPHANI TORRES is amended as follows:

Judgment and Sentencing Date:  **May 23, 2023, at 09:00 a.m**.

Reply, or Statement of Non-Opposition:  May 16, 2023.

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  May 9, 2023.

The Presentence Report has already been filed as ECF document 114.

Dated: March 27, 2023                          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE