MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for STEPHANI ANN TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br><br>STEPHANI ANN TORRES,<br>　　　　Defendant. | ) No. 2:18-179 JAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **EXONERATING Ms. TORRES'S**<br>) **UNSECURED APPEARANCE BOND**<br>)<br>)<br>) Judge: Hon. John A. Mendez |

　　　　On May 23, 2023, defendant Stephani Ann Torres was sentenced to "time served" by the Honorable John A. Mendez (see ECF document 123).  As her criminal case is now completed, the government, by and through AUSA Alstyn Bennett, and Defendant Torres, by and through her appointed CJA attorney Michael Long, hereby stipulate that Mr. Torres's $25,000 unsecured appearance bond (ECF document 12) should be exonerated.

Dated:  May 23, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael D. Long*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Stephani Ann Torres


Dated:  May 23, 2023　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ *Alstyn Bennett*
　　　　　　　　　　　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Ms. Torres's unsecured appearance bond, ECF No. 12, is hereby **EXONERATED**.

Dated: May 24, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE