PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ENELIDA GARCIA ACEVEDO, and<br>STEPHANI ANN TORRES,<br><br>       Defendants. | 2:18-cr-00179-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On October 22, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and

defendant Stephani Ann Torres forfeiting to the United States the following property:

      a.     Approximately $19,043.00 in U.S. Currency.

On or about November 4, 2021, this Court entered an *Amended* Preliminary Order of

Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement and

Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and

defendant Enelida Garcia Acevedo forfeiting to the United States the following property:

      a.     $12,716.03 of the Approximately $19,043.00 in U.S. Currency.

Beginning on October 29, 2021, for at least 30 consecutive days, the United States published

notice of the Court's Order of Forfeiture regarding Stephani Ann Torres on the official internet

1

government forfeiture site www.forfeiture.gov.  Beginning on November 5, 2021, for at least 30

consecutive days, the United States published notice of the Court's Order of Forfeiture regarding

Enelida Garcia Acevedo on the official internet government forfeiture site www.forfeiture.gov.  Said

published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged

legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and

the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right,

title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right,

title, and interest of Enelida Garcia Acevedo and Stephani Ann Torres:

  a.      Approximately $12,716.03 of the $19,043.00 in U.S. Currency, plus any
          accrued interest on that amount.

2.      All right, title, and interest in the above-listed property shall vest solely in the name

of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject

property until it is disposed of according to law.

4.      Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the

above-listed property, the U.S. Marshals Service shall return $6,326.97 of the Approximately

$19,043.00 in U.S. Currency, plus any accrued interest on that amount, to defendant Enelida Garcia

Acevedo through attorney Mia Crager.

SO ORDERED.

Dated: July 10, 2023                          /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE

2

Final Order of Forfeiture